UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RASHAD SHERIFE OLIPHANT,

    Plaintiff,

v.                                                    CASE NO.: 5:13cv5-SPM/CJK

GEO, et al.,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Order and Report and Recommendation dated January 8, 2013. (Doc. 5). The parties have been furnished a copy of the Order and Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections timely filed, I have determined that the Report and Recommendation should be adopted. Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Order and Report and Recommendation (doc. 5) is adopted and incorporated by reference in this order.

    2.    This case is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. §1915(g) and the Clerk is directed to close this file.

**DONE AND ORDERED** this 7th day of February, 2013.

                                                s/ *M. Casey Rodgers*
                                                **M. CASEY RODGERS**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**